UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------  Case No.:23CR218 (DSD)
UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.                           **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE WRITTEN OBJECTIONS**

CHARLES EDWARD FIELDS,

        DEFENDANT.
---------------------------------

    Defendant Charles Edward Fields, by and through his undersigned counsel, hereby moves this Honorable Court for an Order granting defendant an extension of time. Written objections and proposed amendments to the Presentence Investigation Report, or correspondence adopting the findings of the report are to be filed on or before today's date. Counsel is respectfully asking for a two week extension of time. Please advise.

                                            Respectfully submitted,

                                            Joseph S. Friedberg, Chartered

Dated: <u>December 29, 2023</u>            By: <u>s/ Joseph S. Friedberg</u>
                                            Joseph S. Friedberg
                                            Attorney I.D. No. 32086
                                            Attorneys for Defendant
                                            701 Fourth Avenue South, Suite 300
                                            Minneapolis, Minnesota 55415
                                            Telephone: (612) 339-8626

CASE 0:23-cr-00218-DSD-DTS   Doc. 23   Filed 12/29/23   Page 2 of 2