```
            UNITED STATES DISTRICT COURT
               DISTRICT OF MINNESOTA
             CRIMINAL NO. 23-218 (DSD/DTS)
```

United States of America,

       Plaintiff,                     **PRELIMINARY ORDER OF FORFEITURE**

  v.

Charles Edward Fields,

       Defendant.

This matter is before the court upon the government's motion for a preliminary order of forfeiture. Based on the motion and the plea agreement entered into between the parties, which includes defendant's consent to the entry of a money judgment forfeiture, and under 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2, the court grants the motion.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The motion for a preliminary order of forfeiture [ECF No. 26] is granted;

2. A money judgment forfeiture is entered against defendant pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), in the amount of $638,739.00;

3. Defendant is ordered to forfeit to the United States, pursuant to 18 U.S.C. 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2)(C), any property, real or personal, constituting or derived from, any proceeds obtained, directly or

indirectly, as a result of Count 1 of the Indictment, and any property traceable to such property;

4. Defendant shall receive a credit against the $638,739.00 money judgment forfeiture for the net forfeited value of each asset that is forfeited from him in connection with this case;

5. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), publish and give notice of this order and its intent to dispose of the foregoing property in such manner as the Attorney General may direct;

6. Pursuant to Fed. R. Crim. P. 32.2(b)(3) and (c)(1)(B), and 21 U.S.C. § 853(m) the United States may conduct discovery to identify property subject to forfeiture under the terms of this order, or to address any factual issues raised by a third-party petition filed pursuant to Fed. R. Crim. P. 32.2(c);

7. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this preliminary order of forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

8. Following the court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee; and

9. The court shall retain jurisdiction to enforce this order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated: January 17, 2024                s/David S. Doty
                                       David S. Doty, Judge
                                       United States District Court